IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-CV-360-KFP |
| | ) | |
| TUSKEGEE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the fully briefed motion to compel filed by Plaintiff. Doc. 40. Based on the briefing, it appears the issues may be ripe for further discussion.

This district emphasizes the importance of encouraging parties to resolve, informally, all discovery disputes.[1] Accordingly, it is ORDERED counsel for Defendant must take the following actions:

1. Schedule a time to confer in-person or by zoom (i.e., not by email or telephone) with counsel for Plaintiff, to discuss the matters raised in the motion, including the existence or destruction of any zoom recording at issue. The parties should include their client representatives or general counsel in the conference, if doing so would further the discussion and resolution of the outstanding issues.

---

[1] *See Guidelines to Civil Discovery Practice in the Middle District of Alabama* at 1 ("This Court has found that many discovery disputes can be resolved informally if the parties will communicate either by telephone or at a face to face meeting . . . where a meaningful exchange can be had.").

2.      If the matters cannot be resolved after a face-to-face conference, the parties must jointly prepare a chart detailing the following:

| Discovery at issue[2] | Movant's description of why item is discoverable | Respondent's specific objection | Respondent's last offered resolution of discovery issue | Movant's last offered resolution of discovery issue | Dates of conference, participants, and length of conference |
|---|---|---|---|---|---|
| | | | | | |

The purpose of the chart is to facilitate the conference, and, where resolution cannot be achieved, help narrow the dispute. The positions of the movant and respondent identified in the chart should be stated succinctly.

3.      Plaintiff must file notice that the discovery issues have been fully resolved or submit the completed chart to the Court at patechambers@almd.uscourts.gov by **February 10, 2025**.

DONE this 27th day of January, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE

---

[2] Each item at issue should have a separate line entry.