IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RUSSELL JOHNSON,                          )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   CASE NO. 3:24-CV-360- KFP
                                          )
TUSKEGEE UNIVERSITY, et al.,              )
                                          )
        Defendant.                        )

## **ORDER**

Upon consideration of the parties' request for mediation before a magistrate judge, the parties are ORDERED to contact the chambers of Chief Magistrate Judge Stephen M. Doyle by email at propord_doyle@almd.uscourts.gov by **February 14, 2025**, with at least three potential dates on which all parties are available for mediation.

DONE this 31st day of January, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE