IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-360-KFP |
| ) | |
| TUSKEGEE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Quash (Doc. 48), it is ORDERED that Defendant must file a response by **February 25, 2025**, showing cause why it should not be granted. Plaintiff may file a reply by **February 28, 2025**.

DONE this 18th day of February, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE