IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-360- KFP |
| ) | |
| TUSKEGEE UNIVERSITY, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the parties' request for mediation before a magistrate judge, the Court ordered the parties to contact the chambers of Chief Magistrate Judge Stephen M. Doyle by email by February 14, 2025, with at least three potential dates on which all parties were available for mediation. Doc. 46. To date, no email has been received.

Accordingly, it is ORDERED that by **February 21, 2025**, the parties must contact the chambers of Chief Magistrate Judge Stephen M. Doyle by email at doylechambers@almd.uscourts.gov with at least three potential dates on which all parties are available for mediation. It is further ORDERED that by **February 21, 2025**, the parties must show cause why they failed to comply with the Court's Order.

Done this 19th day of February, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE