IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-360-KFP |
| ) | |
| TUSKEGEE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the fully briefed Plaintiff's Motion to Quash and Request for Protection from Noticed Deposition of Plaintiff's Attorney and Brief in Support of the Motion (Doc. 48). It is ORDERED that a hearing is set on the motion for **April 7, 2025, at 10:00 a.m. in Courtroom 5A**.

Done this 19th day of March, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE