IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-360-KFP |
| ) | |
| TUSKEGEE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Compel Complete and Full and Complete Discovery Responses (Doc. 40), it is ORDERED that Defense counsel must confer with Defendant by **April 30, 2025**, to ascertain the existence of the subject zoom meeting recording. If the zoom recording does not exist in a recoverable and reproducible format, Defendant must ascertain the circumstances related to storage of the recording and Defendant's inability to produce the recording.

It is further ORDERED that the parties must confer thereafter and file a joint status report by **May 9, 2025**.

DONE this 11th day of April, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE