IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-cv-360-KFP |
| ) | |
| TUSKEGEE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of Defendant's Motion to Disqualify Mia Hollingsworth as Counsel for Plaintiff and Extend Dispositive Motion Deadline (Doc. 63), the Court construes it as two separate motions: a Motion to Disqualify and a Motion to Extend Deadline.

Accordingly, it is ORDERED as follows:

1. By **June 18, 2025**, Plaintiff must file a response showing cause why Defendant's Motion to Extend the Dispositive Motion Deadline should not be granted;

2. By **June 26, 2025**, Plaintiff must file a response showing cause why Defendant's Motion to Disqualify Mia Hollingsworth as Counsel should not be granted.

3. Defendant may file a reply to Plaintiff's response of the Motion to Disqualify by **July 3, 2025**.

DONE this 12th day of June, 2025.

                                    /s/ Kelly Fitzgerald Pate
                                    KELLY FITZGERALD PATE
                                    UNITED STATES MAGISTRATE JUDGE