IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 3:24-cv-360-KFP |
| TUSKEGEE UNIVERSITY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion for Sanctions (Doc. 67), it is ORDERED that Defendants must file a response to the motion by **July 8, 2025**, showing cause why it should not be granted.

DONE this 24th day of June, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE