IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-CV-360-KFP |
| | ) | |
| TUSKEGEE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment (Doc.71) and the Uniform Scheduling Order (Doc. 39 at 1 § 2, 4 § 16) it is ORDERED that Plaintiff must file a response by **July 22, 2025**, and Defendant may file a reply by **July 29, 2025**.

The parties are reminded of their obligations under the Federal Rules of Civil Procedure, including the Rule 11(b) certification of reasonable inquiry before presenting a written and signed document to the Court to confirm, among other things, the "legal contentions are warranted by existing law or by a nonfrivolous argument[.]" Use of language learning models, artificial intelligence, or similar tools is not prohibited, but use of these tools requires caution, close attorney supervision and scrutiny, and citation-checking. Any party who discovers use of fabricated legal citations must immediately raise the issue to the Court. Any party who presents false or hallucinated legal citations to the Court shall be subject to sanctions.

DONE this 8th day of July, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE