IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **RUSSELL JOHNSON,** | : | |
| Plaintiff, | : | |
| v. | : | No. 3:24-CV-00360-KFP |
| **TUSKEGEE UNIVERSITY; GEMECHU WIRTU; SHAIK JEELANI; RUBY PERRY; OGLA BOLDEN-TILLER, individually and their official capacities,** | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

COMES NOW Plaintiff RUSSELL JOHNSON, by and through his attorney, who hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on August 29, 2025 (Doc. 83), granting summary judgment as to Plaintiffs' claims against Defendants Tuskegee University, Gemechu Wirtu, Shaik Jeelani, Ruby Perry, and Olga Bolden-Tiller and from all other interlocutory or final rulings or orders entered by the Court prior to the entry of the Final Judgment of August 29, 2025.

Respectfully submitted,

/s/ Mia Hollingsworth
mia.hollingsworth@gmail.com
4658 Presidential Parkway
Suite 1100
Macon, Georgia 31206
478-396-3945

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of September, 2025, a true and correct copy of the above and foregoing was sent via electronic mail as follows:

Lynlee Wells Palmer
JACKSON LEWIS P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209

Samuel E. Black
JACKSON LEWIS P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209

/s/ Mia Hollingsworth
mia.hollingsworth@gmail.com
4658 Presidential Parkway
Suite 1100
Macon, Georgia 31206
478-396-3945